**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

EFRAILYN MATEO-RUIZ
a/k/a "JB"

No. 2:26-mj-00061-KFW

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Kurt Ormberg, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI").  I have been in this position since March 2005. I have been assigned to the Boston Field Office, Portland Resident Agency since April of 2021 and I am currently assigned to the FBI Maine Safe Streets Gang Task Force. Prior to my employment as an FBI Special Agent, I was a Police Officer and then Detective/Special Agent with the U.S. Capital Police, Washington, D.C. In my career, I have investigated numerous crimes, including violent crimes, firearms, and drug crimes.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested criminal complaint and arrest warrant.

**PROBABLE CAUSE**

3.      I know from my participation in this investigation that, for the past several years, FBI and its law enforcement partners have been investigating the activities of the

Trinitario street gang in Maine as well as other Dominican-based drug trafficking organizations (D-DTOs). The Trinitarios are a criminal organization comprised of predominantly men of Dominican descent. They have significant operations—to include drug trafficking and associated violence—in Northern Massachusetts. D-DTOs have also matriculated into the state of Maine to conduct significant illegal drug trafficking operations. At times, the Trinitario street gang will work in unison with D-DTOs and at times, the two factions will be illegal drug trafficking rivals. Maine has seen a dramatic increase in gang and drug violence over the past 18 months as a direct result of the Trinitario and D-DTOs incursion into the state.

4.      As detailed below, there is probable cause to believe that EFRAILYN MATEO-RUIZ a/k/a "JB," the defendant, is a drug trafficker and Trinitario member, who committed a violent home invasion on January 9, 2026, over a drug debt.

### A. Home Invasion

5.      On January 9, 2026, law enforcement responded to a report of an armed home invasion and assault at a residence on Bean Road in Otisfield. When law enforcement arrived, the victim ("V-1"), a known drug user, told officers that a Dominican male known as "JB" and several others had forcefully entered V-1's home with firearms, demanded money for drugs, and physically assaulted V-1.

6.      As a result of injuries sustained during the home invasion, V-1 was admitted to Stephens Memorial Hospital in Norway. During interviews of V-1, they stated they were hit and kicked in the head (top and back), ribs, face and hand. On scene medical personnel evaluated V-1 and determined V-1 needed to be brought to the hospital for emergency medical care. V-1 stated they had previously injured their hand but during the recent home invasion, the attackers kicked and stepped on his hand

2

causing it to swell up significantly and for skin to break open and bleed. I reviewed body worn camera footage post incident from Oxford Police Department to determine if any of V-1's injures were captured by the video.  Several screenshots depicting injuries I observed are included below:

   a.  Neck



b. Hand (open cuts/sores)



c. Hand (swollen) / Medical Assessment



7.      I have learned from conferring with investigators and from reviewing their reports that law enforcement conducted a consensual interview of V-1 at the hospital. V-1 explained that a Dominican male named "JB" paid V-1 to stay at his home in Otisfield and distribute drugs from the residence. On a day in which "JB" was away from the residence, V-1 discovered a large quantity of drugs hidden in a floor vent of their home. V-1 stole the drugs and sold some of them locally.

8.      V-1 said that at approximately 4:00 a.m. on January 9th, "JB" and several other individuals (including coconspirators CC-1, CC-2, and CC-3) entered V-1's residence. "JB", CC-2, and CC-3 were armed with handguns and threatened to shoot V-1 over the missing drugs. "JB" demanded that V-1 pay him $15,000, and CC-2 told V-1 that if V-1 did not get the money, they would torture V-1's family in front of V-1 before killing V-1. "JB", CC-2, and CC-3 left the property, leaving CC-1 to keep an eye on V-1 while he attempted to raise the money from associates using CC-1's cell phone.

9.      "JB", CC-2, and CC-3 returned to V-1's residence at approximately 9:00 p.m. and proceeded to physically assault V-1 at gunpoint after CC-1 let them into the residence. "JB" threatened to cut off V-1's fingers to make up for the money he lost. V-1 started to fight back and attempted to escape, but "JB" punched V-1 in the ribs and attempted to stab V-1 with a screwdriver.

10.      During the interview, V-1 was shown a series of photographs of suspected Trinitario gang members and their associates believed to be operating in the area. V-1 positively identified a photo of MATEO-RUIZ as "JB."

11.      I have learned from conferring with investigators and from reviewing their reports that on January 9, 2026, V-1's parents, who live across the street from V-1, heard screaming and called 911. MATEO-RUIZ and the others fled from the area before law enforcement arrived. Law enforcement conducted consensual interviews of the parents of V-1. According to V-1's stepfather, V-1 had received a threat towards their family and the people who were coming for them had loaded guns. According to V-1's mother, V-1 called her on January 9 and admitted to taking items that V-1 should not have and warned her of possible retribution. V-1's mother received a call from V-1 using a call number ending in 7233 on January 9, during which call V-1 stated that V-1 owed

someone $15,000. I know from conferring with law enforcement that the 7233 call number was associated in V-1's cellular phone with CC-1. V-1's mother received another call from V-1 at approximately 9:05 p.m. using a phone number ending in 2661. V-1 was frantic and repeatedly asked if she could help to pay the $15,000. Shortly thereafter, someone else called from the same phone number and requested the money. V-1's mother said it was unlikely that she would be able to raise the funds, and the caller hung up. V-1 later told V-1's mother that the caller was CC-2. Shortly after the call from CC-2, V-1's parents heard V-1 screaming for help from across the road and called 911.

12. CC-2 was interviewed and, in summary, provided the following: CC-2 knew "JB" and describe him as having multiple guns to include a revolver and shotguns. When CC-2 was asked about the event on January 9th, 2026, CC-2 stated: "V-1 took a bunch of drugs from a big blue bag. The guy [understood to mean JB] got a lot of it back, but he didn't get all of it back, and I know that V-1 owes him money, a lot of money. . . . V-1 got beat up [over it]."

**B. Information from CC-1's Phone**

13. Law enforcement attempted to interview CC-1 on January 14, 2026. CC-1 is known to law enforcement to be a drug user. CC-1 was questioned about the home invasion on January 9th, 2026. CC-1 stated, in summary, the following:

a. Sometime before 11:30 p.m., CC-1 was in the bathroom talking to their significant other when CC-1 heard a commotion. CC-1 originally said when they came out of the bathroom, they didn't see V-1 and went outside to get a ride from CC-3. CC-3 was with CC-2 and a tall Hispanic male that goes by "J." CC-1 said that they were left to stay with V-1 and allowed V-1 to make phone calls, including to V-1's parents. CC-1 stated the whole incident was over a drug debt. CC-1 provided consent for law

7

enforcement to search their cell phone, which was assigned the same call number used to call V-1's mother during the incident described above.

14.     I have reviewed communications resident on CC-1's cellular phone, to include messages exchanged with a contact listed as "JB," which I believe, based on my training and experience, concern the home invasion described above; I believe that these communications corroborate V-1's statement to law enforcement about the events of January 9th,.[1] For example:

a.     On January 3, 2026, CC-1 wrote that they got kicked out of where they were staying. In response, "JB" said CC-1 could stay with him at V-1's address in Otisfield.

b.     On January 8, CC-1 wrote that V-1 got into "JB's" room and found his drugs. "JB" told CC-1 to get him a gun and that CC-1 should tell V-1 that V-1 and his parents "don't want this war." CC-1 told "JB" where his drugs were located in V-1's residence and added that V-1 is "about to see what fuck around and find out really means[.]" "JB" wrote back to CC-1 not to tell V-1 that "JB" knew about the theft, and added, "get me some 12 gauge." He also reminded CC-1 of V-1's address (where the home invasion subsequently occurred).

c.     In the early morning hours of January 9, CC-1 wrote to "JB" that they are "keeping" V-1 at the residence. CC-1 added that they are staying "glued" to V-1 so they can let "JB" know where V-1 is. A few minutes later CC-1 asked "JB" if he was "close" and that they have "been trying to keep [V-1] here".

---

[1]     The phone number associated with contact "JB" is 207-543-4346, which is a Voice Over IP (VoIP virtual telephone number) utilized in the "Text Now" application.

15.     I have also reviewed text messages between CC-1 and "JB" resident on CC-1's cellular phone describing drug sales and drug trafficking. For example, on January 8, 2026, CC-1 wrote to "JB" to inquire whether he would be around the following day because CC-1 had "plays for both." Later that day, CC-1 asked "JB" if he would be arriving soon because their "buddy is swinging by soon to grab" and asked if he is "good on??" On January 13, CC-1 asks "JB" how much it would be for a "g of raw."

16.     Based on my training and experience, I believe these messages are drug related. For example, I know that drug dealers often describe drug deals as "plays." I further know that drug dealers often describe obtaining drugs as "grabbing" them. And I believe that when CC-1 asked "JB" how much he was charging for a "g of raw," she was asking how much she could expect to pay for a gram of pure drug, likely fentanyl given the context.

### C.  Additional Information Regarding Drug Trafficking and Firearms

17.     I know from my participation in this investigation that on January 14, 2026, law enforcement executed a federal arrest warrant for an individual known to me ("CW-1") at their residence in Bryant Pond. CW-1 was federally charged with the crime of maintaining a drug premises. Upon arrest, CW-1 waived *Miranda* rights and agreed to speak with law enforcement. CW-1 positively identified a photo of MATEO-RUIZ as "JB," whom CW-1 understood to be a drug dealer that had stayed at their house. CW-1 said they had cooked, at a minimum, 100 grams of crack cocaine for MATEO-RUIZ for distribution. Furthermore, CW-1 said that on approximately August 14, 2025, MATEO-RUIZ had hidden drugs and multiple guns in a wooded area near CW-1's residence in order to avoid detection by law enforcement.

18.     Previously, on August 14, 2025, CW-1 agreed to speak with law enforcement after being stopped for a speeding violation. There were two Hispanic males in CW's vehicle at the time. Law enforcement also observed a red Jeep Grand Cherokee bearing Massachusetts registration (the "Jeep") concealed behind CW-1's residence. Law enforcement determined that the Jeep was registered to a male from Lawrence, Massachusetts. CW-1 told law enforcement that they had driven to Lawrence a few days prior to pick up the two Hispanic males in his vehicle. CW-1 provided these males with a place to stay from which they could deal drugs and cooked cocaine into crack for them to sell, in exchange for which they supplied CW-1 with drugs. CW-1 also said that the Jeep parked behind the residence belonged to another Dominican male from Massachusetts and was kept behind the property because the owner did not want police to see it. The owner of the Jeep and two associates were also staying at CW-1's home and dealing drugs.

19.     While the interview was ongoing, the Jeep departed from CW-1's residence. Law enforcement stopped the Jeep based on the information provided by CW-1 and observed three males inside, one of whom was later identified as MATEO-RUIZ. Law enforcement seized all cell phones in the vehicle, including two cell phones belonging to MATEO-RUIZ. A federal search warrant was issued on October 10, 2025, authorizing law enforcement to search the phones.

20.     One of the cell phones seized from MATEO-RUIZ was assigned a call number ending in 7322. Based on my review of this cell phone, I believe that it was utilized by MATEO-RUIZ. It contains numerous photos of firearms, drugs, and large amounts of cash, several of which also depict an individual I recognize as MATEO-RUIZ. A sample of these photos are included below:







 

21.     I have reviewed numerous electronic messages resident on MATEO-RUIZ's cellular phone, which I believe, based on my training and experience, relate to drug trafficking, firearms, and the Trinitario street gang. For example:

a.     Between July 25 and July 31, 2025, MATEO-RUIZ corresponded with a call number known to law enforcement to be used by a local Maine drug user and drug trafficker. For example, MATEO-RUIZ wrote that he was "coming for" the drug user and added, "Trinitario till I die you hurdd." MATEO-RUIZ wrote that if the drug user wanted "peace," he would have to give him "170g top and 30g raw & my pole & my 5k." I understand based on my training and experience that in these messages, MATEO-RUIZ declared himself a member of the Trinitario street gang and threatened to hurt the drug user unless he paid MATEO-RUIZ what he owed him for drugs. I understand the reference to "my pole" to mean a firearm and reference to "raw" to mean fentanyl or another opiate based drug, and "top" to mean cocaine or crack.

b.     On July 26, 2025, MATEO-RUIZ wrote to an iCloud contact "Yode" that he had been robbed and was down $20k. He wrote that he was looking for an AR-15

so he could "rob everyone I see up there." He also mentioned drug addicts and wrote that he had a level 3 bulletproof vest.[2] Based on my training and experience, I understand that in these messages, MATEO-RUIZ was discussing plans to recover thousands of dollars in drug proceeds that were stolen from him, and that he intended to use automatic weapons and a bulletproof vest to do so as necessary.

> c.       On August 5, 2025, MATEO-RUIZ exchanged messages with a contact listed as  "Money Money."[3] I know the phone number associated with this contact to have been utilized by Luis Jose Nivar CABRAL, a/k/a "Mono," a/k/a "Money Money," a ranking member of the Trinitario street gang currently facing felony drug and related charges in this District. For example, Money Money wrote, "if you want to stay there today, you're going to have to find me 600 pesos, no exceptions." MATEO-RUIZ replied, "let me do 2 plays ma. So I don't end up broke." Money Money then responded, "give me 300 today and then give me 200 daily, every day, and I'm helping you personally with the rest. I have about a whole chicken left, which means I can possibly give you 50-40g, and then you give me 500-400 for those 50-40g." MATEO-RUIZ replied, "Give me until tomorrow, boss [] So I don't fall short. You can stop me tomorrow if you want. Help me out here." Based on my training and experience, I believe that these messages are drug related. I understand that CABRAL outranked MATEO-RUIZ in the Trinitario street gang, and that MATEO-RUIZ distributed drugs for CABRAL in Maine. I believe that when MATEO-RUIZ asked CABRAL to let him do "2 plays," he was asking permission to conduct drug transactions. I believe that the

---

[2]       These messages were exchanged in Spanish. They were translated to English using Google Translate and verified by a native Spanish speaker.

[3]       These messages were exchanged in Spanish. They were translated to English using Google Translate and verified by a native Spanish speaker.

balance of these messages relate to money owed by MATEO-RUIZ to CABRAL as a result of their drug trafficking activities, and how MATEO-RUIZ would be expected to repay CABRAL (e.g., 200 daily every day). I know that the term "chicken" references illegal drugs – most often cocaine. A "whole chicken" indicates 1 full kilogram of cocaine.

### D. Conclusion

22. I respectfully submit, based on the facts set forth above, that probable cause exists to charge defendant MATEO-RUIZ by Criminal Complaint with Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951, and Conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

Kurt Omberg
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedures

Date: Feb 13 2026

City and state: Portland, Maine

_Judge's signature_

Karen Frink Wolf,  U.S. Magistrate Judge
_Printed name and title_

14